# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Koontz Electric Company, Inc. )  ASBCA Nos. 60066, 60067
)  60068, 60195
)
Under Contract No. W9128F-11-C-0068 )

APPEARANCE FOR THE APPELLANT:  James F. Bulter III, Esq.
Smith, Currie & Hancock LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Melissa M. Head, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Omaha

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 11 September 2017

ELIZABETH W. NEWSOM
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60066, 60067, 60068, 60195, Appeals of Koontz Electric Company, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals